# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2024

## NO. 03-22-00697-CR

**Michael Tucker, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER, TRIANA, KELLY AND SMITH**
**JUSTICE THEOFANIS NOT PARTICIPATING**
**AFFIRMED ON EN BANC RECONSIDERATION - OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. We withdraw our opinion and judgment dated October 5, 2023, and substitute today's opinion and judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.